# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**GENERAL MILLS and REGINALD PAGE**          **PLAINTIFFS**

v.                          **No. 4:18-cv-421-DPM**

**REAL ESTATE MANAGEMENT
CORPORATION**                          **DEFENDANT**

## JUDGMENT

The complaint is dismissed with prejudice.

_____

D.P. Marshall Jr.
United States District Judge

29 January 2019